**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christina M. Burns <br>               <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-24976 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                           Attorney I.D. No. 42524
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           Phone: (215)-627-1322
                                           Attorney for Movant/Applicant