# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTINA M BURNS

Case No. 17-24976GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

MORTGAGE RESEARCH
CENTER LLC D/B/A VETERANS
UNITED HOME LOANS

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 1749.

Regular mortgage payments are currently being directed to the following creditor at the following address:

MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS
C/O CENLAR FSB(*)
ATTN.: BANKRUPTCY*
PO BOX 77409*
EWING,NJ 08628

Movant has been requested to send payments to:
PENNYMAC LOAN SERVICES LLC
ATTN: LOCKBOX OPERATIONS
P.O. BOX 30597
LOS ANGELES, CA 90030-0597
9784

The Chapter 13 Trustee's CID Records of MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 10/31/2018.

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399

CHAPTER 13 TRUSTEE WD PA

600 GRANT STREET

SUITE 3250 US STEEL TWR

PITTSBURGH, PA  15219

(412) 471-5566

cmecf@chapter13trusteewdpa.com

cc:    Debtor

       Original creditor

       Putative creditor

       Debtor's Counsel

DEBTOR(S):
CHRISTINA M BURNS, 4041 LOGANS
FERRY ROAD, MONROEVILLE, PA
15146

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO
& LOWDEN PC, 3948 MONROEVILLE
BLVD STE 2, MONROEVILLE, PA
15146

ORIGINAL CREDITOR'S COUNSEL:
THOMAS SONG ESQ, PHELAN
HALLINAN DIAMOND & JONES LLP,
OMNI WILLIAM PENN OFFICE
TOWER, 555 GRANT ST STE 300,
PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
MORTGAGE RESEARCH CENTER LLC
D/B/A VETERANS UNITED HOME
LOANS, C/O CENLAR FSB(*), ATTN.:
BANKRUPTCY*, PO BOX 77409*,
EWING, NJ  08628

NEW CREDITOR:
PENNYMAC LOAN SERVICES LLC
ATTN: LOCKBOX OPERATIONS
P.O. BOX 30597
LOS ANGELES, CA 90030-0597