# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTINA M BURNS

Case No. 17-24976GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 1749.

Regular mortgage payments are currently being directed to the following creditor at the following address:
MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS
C/O CENLAR FSB(*)
ATTN.: BANKRUPTCY*
PO BOX 77409*
EWING,NJ 08628

Movant has been requested to send payments to:
PENNYMAC LOAN SERVICES LLC
ATTN: LOCKBOX OPERATIONS
P.O. BOX 30597
LOS ANGELES, CA 90030-0597
9784

The Chapter 13 Trustee's CID Records of MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 10/31/2018.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CHRISTINA M BURNS, 4041 LOGANS FERRY ROAD, MONROEVILLE, PA 15146 | DEBTOR'S COUNSEL:<br>SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA 15146 |
| :<br>CENLAR FSB**, 425 PHILLIPS BLVD, EWING, NJ  08628 | ORIGINAL CREDITOR'S COUNSEL:<br>THOMAS SONG ESQ, PHELAN HALLINAN DIAMOND & JONES LLP, OMNI WILLIAM PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>MORTGAGE RESEARCH CENTER LLC D/B/A VETERANS UNITED HOME LOANS, C/O CENLAR FSB(*), ATTN.: BANKRUPTCY*, PO BOX 77409*, EWING, NJ  08628 | |
| NEW CREDITOR:<br>PENNYMAC LOAN SERVICES LLC<br>ATTN: LOCKBOX OPERATIONS<br>P.O. BOX 30597<br>LOS ANGELES, CA 90030-0597 | |