18-1435

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christina M. Burns<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 17-24976-GLT |

**ENTRY OF APPEARANCE/ REQUEST FOR NOTICES**

TO THE COURT:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By: /s/ Harry B. Reese, Esquire     12.6.18
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090