**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-24976-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Christina M Burns
4041 Logans Ferry Road
Monroeville PA 15146

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: MORTGAGE RESEARCH CENTER,LLC ET. AL., C/O Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618

Name and Address of Transferee:

PENNYMAC LOAN SERVICES, LLC.
P.O. BOX
6101 CONDOR DR.
SUITE 200
MOORPARK, CA 93021

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/14/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christina M Burns
     Debtor

Case No. 17-24976-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Dec 12, 2018
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
14780644       +MORTGAGE RESEARCH CENTER,LLC ET. AL.,    C/O Cenlar FSB,    Attn: BK Department,
               425 Phillips Blvd.,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
            David W. Raphael     on behalf of Creditor     First National Bank of Pennsylvania
             draphael@grenenbirsic.com, mcupec@grenenbirsic.com
            Harry B. Reese     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
             chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
            James Warmbrodt     on behalf of Creditor     Cenlar FSB as servicer for Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
             bkgroup@kmllawgroup.com
            Jeffrey R. Hunt     on behalf of Creditor     County of Allegheny jhunt@grblaw.com,
             cnoroski@grblaw.com
            Jerome B. Blank     on behalf of Creditor     Mortgage Research Center, LLC et. al. pawb@fedphe.com
            Jill Manuel-Coughlin     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
             chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
            Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
             DMcKay@bernsteinlaw.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
            S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
            Scott R. Lowden     on behalf of Debtor Christina M Burns niclowlgl@comcast.net
            Thomas Song     on behalf of Creditor     Mortgage Research Center, LLC et. al. pawb@fedphe.com
                                                                                                    TOTAL: 12