FILED
1/31/20 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  17-24976 GLT |
| | ) | |
| Christina M. Burns | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| Christina M. Burns | ) | Doc No.  59 |
| Movant(s) | ) | |
| vs. | ) | |
| Make A Wish Foundation | ) | |
| Respondent(s) | ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:      Make A Wish Foundation
                                                    120 Rockwood Drive
                                                    Pittsburgh, PA 15238

shall deduct from that income the sum of **$1,000.00 semi-monthly** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: 1/31/20

cm: Scott Lowden, Esq.

GREGORY L TADDONIO hct
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christina M Burns
       Debtor

Case No. 17-24976-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: lfin       Page 1 of 1       Date Rcvd: Jan 31, 2020
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db             +Christina M Burns,   4041 Logans Ferry Road,   Monroeville, PA 15146-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
       David W. Raphael  on behalf of Creditor   First National Bank of Pennsylvania
         draphael@grenenbirsic.com, mcupec@grenenbirsic.com
       Harry B. Reese  on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com
       James Warmbrodt  on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
       James Warmbrodt  on behalf of Creditor   Cenlar FSB as servicer for Mortgage Research Center,
         LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
         bkgroup@kmllawgroup.com
       Jeffrey R. Hunt  on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
       Jerome B. Blank  on behalf of Creditor   Mortgage Research Center, LLC et. al. pawb@fedphe.com
       Jill Manuel-Coughlin  on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC
         bankruptcy@powerskirn.com
       Keri P. Ebeck  on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
       Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
       S. James Wallace  on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
       Scott R. Lowden  on behalf of Debtor Christina M Burns niclowlgl@comcast.net
       Thomas Song  on behalf of Creditor   Mortgage Research Center, LLC et. al. pawb@fedphe.com
                                                          TOTAL: 13