Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christina M Burns**
   Debtor(s)

Bankruptcy Case No.: 17−24976−GLT
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-24976-GLT
Christina M Burns                                                                   Chapter 13
        Debtor
# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea                  Page 1 of 2               Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db              +Christina M Burns,    4041 Logans Ferry Road,    Monroeville, PA 15146-1337
cr              +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                  Frick Building,    Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14753744        +1st National Bank,    4140 E. State Street,   Hermitage, PA 16148-3401
14743647        +Barclay Bank,    125 S. West Street,   Wilmington, DE 19801-5014
14753746        +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14771036        +County of Allegheny,    Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                  437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
14753750         DSNB/Macy's,    PO Box 8218,   Monroe, OH 45050
14753747        +David Burns,    4041 Logans Ferry Rd.,   Monroeville, PA 15146-1337
14753748        +Discover Personal Loans,    PO Box 15316,   Wilmington, DE 19850-5316
14776917        +Dollar Bank FSB,    c/o Dollar Bank Collections Dept.,    2700 Liberty Ave.,
                  Pittsburgh, PA 15222-4700
14753749         Dollar Savings,    3 Gateway Center,   Pittsburgh, PA 15222
14760065         First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                  One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
15204812         First National Bank of Pennsylvania,    c/o Elizabeth L. Slaby, Esquire,    Grenen & Birsic, PC,
                  One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14760064        +First National Bank of Pennsylvania,    4140 East State Street,   Hermitage, PA 16148-3401
14753751        +Lending Club Corporation,    21 Stevenson Ste. 300,   San Francisco, CA 94105-2706
14780644        +MORTGAGE RESEARCH CENTER,LLC ET. AL.,    C/O Cenlar FSB,   Attn: BK Department,
                  425 Phillips Blvd.,    Ewing, NJ 08618-1430
14963291        +PENNYMAC LOAN SERVICES, LLC.,    P.O. BOX,   6101 CONDOR DR.,   SUITE 200,
                  MOORPARK, CA 93021-2602
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14770231         E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2020 04:23:48
                  Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                  Kirkland, WA  98083-0657
14750256        +E-mail/Text: dplbk@discover.com Mar 21 2020 04:25:34      Discover Personal Loans,
                  PO Box 30954,    Salt Lake City, UT 84130-0954
14778601        +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:25:57       Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14765781        +E-mail/Text: bk@lendingclub.com Mar 21 2020 04:25:37      LendingClub Corporation,
                  71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
14775423         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:22
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14744835        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:22
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14753838         E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2020 04:23:49
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
14753752        +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:54      SYNCB/Levin,    PO Box 965036,
                  Orlando, FL 32896-5036
14753753        +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:01      SYNCB/Sam's Club,   PO Box 965005,
                  Orlando, FL 32896-5005
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB as servicer for Mortgage Research Cente
cr              Duquesne Light Company
cr              Mortgage Research Center, LLC et. al.
cr              PENNYMAC LOAN SERVICES, LLC,    C/O POWERS, KIRN & ASSOCIATES, LLC,
                  8 NESHAMINY INTERPLEX DRIVE SUITE 215
cr              PENNYMAC LOAN SERVICES, LLC
cr*            +First National Bank of Pennsylvania,    4140 East State Street,   Hermitage, PA 16148-3401
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14753745*      +Barclay Bank,    125 S. West Street,   Wilmington, DE 19801-5014
                                                                                 TOTALS: 5, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: llea                 Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Beth L. Slaby     on behalf of Creditor    First National Bank of Pennsylvania
               bslaby@grenenbirsic.com, mcupec@grenenbirsic.com
              David W. Raphael     on behalf of Creditor    First National Bank of Pennsylvania
               raphaeld@fnb-corp.com
              Harry B. Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com
              James   Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Cenlar FSB as servicer for Mortgage Research Center,
               LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank     on behalf of Creditor    Mortgage Research Center, LLC et. al. pawb@fedphe.com
              Jill  Manuel-Coughlin     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
               bankruptcy@powerskirn.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden     on behalf of Debtor Christina M Burns niclowlgl@comcast.net
              Thomas  Song     on behalf of Creditor    Mortgage Research Center, LLC et. al. pawb@fedphe.com
                                                                                              TOTAL: 14
```