# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :      Bankruptcy No. 17-24976 GLT
                                            :
Christina M. Burns                          :
                                            :      Chapter 13
                        Debtor(s)           :
=============================  :      Related to Doc No. 78
Scott R. Lowden, Esq.,                      :
                        Applicant,          :
v.                                          :      Hearing: 3/10/21 at 10:30 AM
No Respondent                               :
                        Respondent          :

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 22, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Summary Cover Sheet and Notice of Hearing, responses to the Application were to be filed and served no later than February 8, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   February 9, 2021

                                        /s/ Scott R. Lowden
                                        Scott R. Lowden, Esq.
                                        Nicotero & Lowden, PC
                                        3948 Monroeville Blvd., Ste. 2
                                        Monroeville, PA 15146
                                        (412) 374-7161
                                        niclowlgl@comcast.net
                                        PA. ID 72116