FILED
3/5/21 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.17-24976 GLT |
| CHRISTINA M. BURNS | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |
| =============================== | : | Doc No.   78 |
| SCOTT R. LOWDEN, ESQUIRE, | : | |
| Applicant, | : | |
| v. | : | |
| NO RESPONDENT | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, this  5th   day of   March              , 2021, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs are found to be $6,000.00, of which $6,000.00 are attorney's fees and $0 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00 per the No Look fee at the time of filing. This award covers the period from December 12, 2017 to January 22, 2021.

Therefore, the Application in its face amount of $2,000.00 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $2,000.00 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the total award of compensation as $6,000.00, consisting of compensation in the amount of $6,000.00 in attorney's fees and $0 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through  the  plan.

Prepared by:   Scott Lowden, Esq.   

DEFAULT ENTRY

Dated: March 05, 2021

_____
Gregory  Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24976-GLT |
| Christina M Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christina M Burns, 4041 Logans Ferry Road, Monroeville, PA 15146-1337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor First National Bank of Pennsylvania bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor Mortgage Research Center  LLC et. al. pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Christina M Burns niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor Mortgage Research Center  LLC et. al. pawb@fedphe.com

TOTAL: 14