**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2022

IN RE:

CHRISTINA M BURNS
4041 LOGANS FERRY ROAD
MONROEVILLE, PA 15146
XXX-XX-1977          Debtor(s)

Case No. 17-24976 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/22/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3066 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 132.70<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2788 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MORTGAGE RESEARCH CNTR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*$22,542.75/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2905 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*CENLAR/SCH*BGN 1/18*FR MRTG RESEARCH CTR-D53 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9784 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 9,465.70<br>COMMENT: NO ACCT~BARCLAYS BANK DE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5763 |
| **DISCOVER PERSONAL LOANS****<br>PO BOX 6105<br>CAROL STREAM, IL 60197-6104 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 25,948.00<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6207 |
| **DOLLAR BANK FSB****<br>2700 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 6,024.00<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1977 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 420.89<br>COMMENT: MACYS*NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3541 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LENDING CLUB CORP*** 3440 FLAIR DR, LOCKBOX SERVICES #0134268, EL MONTE, CA 91731 | Trustee Claim Number:11  INT %: 0.00%  Court Claim Number:4 | CLAIM: 19,648.04  COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 3460 |
| **LENDING CLUB CORP*** 3440 FLAIR DR, LOCKBOX SERVICES #0134268, EL MONTE, CA 91731 | Trustee Claim Number:12  INT %: 0.00%  Court Claim Number: | CLAIM: 0.00  COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** PO BOX 788, KIRKLAND, WA 98083-0788 | Trustee Claim Number:13  INT %: 0.00%  Court Claim Number:2 | CLAIM: 2,878.21  COMMENT: NO ACCT~SYNCHRONY BANK~LEVIN/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 4250 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** PO BOX 788, KIRKLAND, WA 98083-0788 | Trustee Claim Number:14  INT %: 0.00%  Court Claim Number:8 | CLAIM: 5,244.36  COMMENT: NO ACCT~SYNCHRONY BANK-SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 3066 |
| **DAVID BURNS** 4041 LOGANS FERRY RD, MONROEVILLE, PA 15146 | Trustee Claim Number:15  INT %: 0.00%  Court Claim Number: | CLAIM: 0.00  COMMENT: /SCH H | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102 | Trustee Claim Number:16  INT %: 12.00%  Court Claim Number:6 | CLAIM: 202.44  COMMENT: 855-E-139*NT/SCH*$CL-PL@12%*WNTS 12%~2017/CL*W/17 | CRED DESC: SECURED CREDITOR  ACCOUNT NO.: E139 |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102 | Trustee Claim Number:17  INT %: 0.00%  Court Claim Number:6 | CLAIM: 35.83  COMMENT: 855-E-139*NT/SCH*$CL-PL*NON-INT~2017/CL*W/17 | CRED DESC: SECURED CREDITOR  ACCOUNT NO.: E139 |
| **BRIAN C NICHOLAS ESQ** KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106 | Trustee Claim Number:18  INT %: 0.00%  Court Claim Number: | CLAIM: 0.00  COMMENT: CENLAR/PRAE | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC** PO BOX 660929, DALLAS, TX 75266-0929 | Trustee Claim Number:19  INT %: 0.00%  Court Claim Number:11 | CLAIM: 1,490.14  COMMENT: CL11GOV*$CL-PL*THRU 12/17*FR MRTG RESEARCH CTR-DOC 53 | CRED DESC: MORTGAGE ARR.  ACCOUNT NO.: 9784 |
| **POWERS KIRN LLC** 8 NESHAMINY INTERPLEX STE 215, TREVOSE, PA 19053 | Trustee Claim Number:20  INT %: 0.00%  Court Claim Number: | CLAIM: 0.00  COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PENNYMAC/PRAE | |