IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24976 GLT |
| Christina M. Burns | : | |
| | : | |
| Debtor(s) | : | |
| Christina M. Burns | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. 89 |
| v. | : | |
| Premier Medical Associates | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12

    I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) December 1, 2022

Make A Wish Foundation
Ms. Lisa Macioce, CFO
277 Elias Drive
Pittsburgh, PA 15235

EXECUTED ON:  December 1, 2022

                                          Filed by: /s/ Joseph F. Nicotero
                                          Joseph F. Nicotero, Esq.
                                          PA I.D. 83406
                                          Nicotero & Lowden Legal Services
                                          3948 Monroeville Blvd., Ste 2
                                          Monroeville, PA 15146
                                          niclowlgl@comcast.net
                                          (412) 374-7161