# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTINA M BURNS

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
CHRISTINA M BURNS

    Respondents

Case No.17-24976GLT

Chapter 13

Document No. 93

FILED
12/30/22 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __30th__ day of December, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Make A Wish Foundation
Attn: Payroll Manager
277 Elias Dr
Pittsburgh, PA 15235

is hereby ordered to immediately terminate the attachment of the wages of CHRISTINA M BURNS, social security number XXX-XX-1977. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTINA M BURNS.

BY THE COURT:

Gregory L. Taddonio jlm
Chief United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24976-GLT |
| Christina M Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina M Burns, 4041 Logans Ferry Road, Monroeville, PA 15146-1337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:

**Name**              **Email Address**

Beth L. Slaby
    on behalf of Creditor First National Bank of Pennsylvania bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor Cenlar FSB as servicer for Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Harry B. Reese
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Jeffrey R. Hunt

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Dec 30, 2022 Form ID: pdf900 Total Noticed: 1

    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Mortgage Research Center  LLC et. al. jblank@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Joseph F. Nicotero
    on behalf of Debtor Christina M Burns josephnicotero@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Christina M Burns niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor Mortgage Research Center  LLC et. al. pawb@fedphe.com

TOTAL: 15