Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christina M Burns** : | Case No. 17−24976−GLT |
| *Debtor(s)* : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| v. : | Related to Document No. 98 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 4/5/23 at 11:00 AM |

ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 27th of January, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before March 13, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***April 5, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24976-GLT
Christina M Burns     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jan 27, 2023     Form ID: 604     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina M Burns, 4041 Logans Ferry Road, Monroeville, PA 15146-1337 |
| 14753747 | + | David Burns, 4041 Logans Ferry Rd., Monroeville, PA 15146-1337 |
| 14753748 | + | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14776917 | + | Dollar Bank FSB, c/o Dollar Bank Collections Dept., 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 14753749 | | Dollar Savings, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14760065 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15204812 | | First National Bank of Pennsylvania, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 28 2023 00:15:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14753744 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 28 2023 00:15:00 | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14743647 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2023 00:15:00 | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14753746 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 28 2023 00:15:00 | Cenlar FSB, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14771036 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14753750 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14770231 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14750256 | + | Email/Text: dplbk@discover.com | Jan 28 2023 00:16:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14778601 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 28 2023 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14760064 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 28 2023 00:15:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14753751 | + | Email/Text: Documentfiling@lciinc.com | Jan 28 2023 00:15:00 | Lending Club Corporation, 21 Stevenson Ste. 300, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | San Francisco, CA 94105-2706 |
| 14765781 | + | Email/Text: bk@lendingclub.com | Jan 28 2023 00:16:10 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14780644 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 28 2023 00:15:00 | MORTGAGE RESEARCH CENTER,LLC ET. AL., C/O Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14963291 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2023 00:16:55 | PENNYMAC LOAN SERVICES, LLC., P.O. BOX, 6101 CONDOR DR., SUITE 200, MOORPARK, CA 93021-2602 |
| 14775423 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14744835 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:16:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753838 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753752 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:14 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 14753753 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Mortgage Research Cente |
| cr | | Duquesne Light Company |
| cr | | Mortgage Research Center, LLC et. al. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC, C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753745 | *+ | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 27

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor First National Bank of Pennsylvania bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center  LLC et. al. jblank@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Joseph F. Nicotero | on behalf of Debtor Christina M Burns josephnicotero@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Christina M Burns niclowlgl@comcast.net |
| Thomas Song | on behalf of Creditor Mortgage Research Center  LLC et. al. pawb@fedphe.com |

TOTAL: 15