| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christina M Burns<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1977<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17-24976-GLT | |

# Order of Discharge                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Christina M Burns

   <u>3/17/23</u>                                                            **By the court:** <u>Gregory L Taddonio</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24976-GLT |
| Christina M Burns | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina M Burns, 4041 Logans Ferry Road, Monroeville, PA 15146-1337 |
| 14753747 | + | David Burns, 4041 Logans Ferry Rd., Monroeville, PA 15146-1337 |
| 14753748 | + | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14776917 | + | Dollar Bank FSB, c/o Dollar Bank Collections Dept., 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 14753749 | | Dollar Savings, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14760065 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15204812 | | First National Bank of Pennsylvania, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 18 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 18 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 17 2023 23:46:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 17 2023 23:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14753744 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 23:46:00 | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14743647 | + | EDI: TSYS2 | Mar 18 2023 03:37:00 | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14753746 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 17 2023 23:46:00 | Cenlar FSB, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14771036 | + | Email/Text: ebnjts@grblaw.com | Mar 17 2023 23:46:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14753750 | | EDI: CITICORP.COM | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 14770231 | | EDI: Q3G.COM | Mar 18 2023 03:37:00 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| | | | Mar 18 2023 03:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14750256 | + | EDI: DISCOVERPL | Mar 18 2023 03:37:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14778601 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 17 2023 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14760064 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 23:46:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14753751 | + | EDI: LENDNGCLUB | Mar 18 2023 03:37:00 | Lending Club Corporation, 21 Stevenson Ste. 300, San Francisco, CA 94105-2706 |
| 14765781 | + | EDI: LENDNGCLUB | Mar 18 2023 03:37:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14780644 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 17 2023 23:46:00 | MORTGAGE RESEARCH CENTER,LLC ET. AL., C/O Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14963291 | + | Email/PDF: ebnotices@pnmac.com | Mar 17 2023 23:48:27 | PENNYMAC LOAN SERVICES, LLC., P.O. BOX, 6101 CONDOR DR., SUITE 200, MOORPARK, CA 93021-2602 |
| 14775423 | | EDI: PRA.COM | Mar 18 2023 03:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14744835 | + | EDI: RECOVERYCORP.COM | Mar 18 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753838 | | EDI: Q3G.COM | Mar 18 2023 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753752 | + | EDI: RMSC.COM | Mar 18 2023 03:37:00 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 14753753 | + | EDI: RMSC.COM | Mar 18 2023 03:37:00 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Mortgage Research Cente |
| cr | | Duquesne Light Company |
| cr | | Mortgage Research Center, LLC et. al. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC, C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753745 | *+ | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Beth L. Slaby
  on behalf of Creditor First National Bank of Pennsylvania bslaby@grenenbirsic.com  mcupec@grenenbirsic.com

Brian Nicholas
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor Cenlar FSB as servicer for Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com

David W. Raphael
  on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Harry B. Reese
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Jeffrey R. Hunt
  on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
  on behalf of Creditor Mortgage Research Center  LLC et. al. jblank@pincuslaw.com

Jill Manuel-Coughlin
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Joseph F. Nicotero
  on behalf of Debtor Christina M Burns josephnicotero@gmail.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
  on behalf of Debtor Christina M Burns lowdenscott@gmail.com

Thomas Song
  on behalf of Creditor Mortgage Research Center  LLC et. al. pawb@fedphe.com

TOTAL: 15