IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

3/17/23 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>   CHRISTINA M BURNS<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>       vs.<br>   No Repondents. | Case No.:17-24976<br><br>Chapter 13<br><br>Document No.:98 |

ORDER OF COURT

AND NOW, this \_\_\_\_17th\_\_\_\_ day of \_\_\_\_March\_\_\_\_, 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christina M Burns  
    Debtor

Case No. 17-24976-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 17, 2023      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina M Burns, 4041 Logans Ferry Road, Monroeville, PA 15146-1337 |
| 14753747 | + | David Burns, 4041 Logans Ferry Rd., Monroeville, PA 15146-1337 |
| 14753748 | + | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 14776917 | + | Dollar Bank FSB, c/o Dollar Bank Collections Dept., 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 14753749 | | Dollar Savings, 3 Gateway Center, Pittsburgh, PA 15222 |
| 14760065 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15204812 | | First National Bank of Pennsylvania, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 17 2023 23:46:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 17 2023 23:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14753744 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 23:46:00 | 1st National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14743647 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2023 23:46:00 | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14753746 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 17 2023 23:46:00 | Cenlar FSB, 425 Phillips Blvd., Trenton, NJ 08618 |
| 14771036 | + | Email/Text: ebnjts@grblaw.com | Mar 17 2023 23:46:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14753750 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 23:48:28 | DSNB/Macy's, PO Box 8218, Monroe, OH 45050 |
| 14770231 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14750256 | + | Email/Text: dplbk@discover.com | Mar 17 2023 23:47:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14778601 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 17 2023 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14760064 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 17 2023 23:46:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14753751 | + | Email/Text: Documentfiling@lciinc.com | Mar 17 2023 23:46:00 | Lending Club Corporation, 21 Stevenson Ste. 300, |

Case 17-24976-GLT   Doc 107   Filed 03/19/23   Entered 03/20/23 00:22:45   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | San Francisco, CA 94105-2706 |
| 14765781 | + | Email/Text: Documentfiling@lciinc.com | Mar 17 2023 23:46:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14780644 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 17 2023 23:46:00 | MORTGAGE RESEARCH CENTER,LLC ET. AL., C/O Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14963291 | + | Email/PDF: ebnotices@pnmac.com | Mar 17 2023 23:48:18 | PENNYMAC LOAN SERVICES, LLC., P.O. BOX, 6101 CONDOR DR., SUITE 200, MOORPARK, CA 93021-2602 |
| 14775423 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2023 23:48:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14744835 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2023 23:48:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753838 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753752 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 23:48:16 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 14753753 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 23:48:21 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for Mortgage Research Cente |
| cr | | Duquesne Light Company |
| cr | | Mortgage Research Center, LLC et. al. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC, C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753745 | *+ | Barclay Bank, 125 S. West Street, Wilmington, DE 19801-5014 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor First National Bank of Pennsylvania bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center LLC et. al. jblank@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Joseph F. Nicotero | on behalf of Debtor Christina M Burns josephnicotero@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Christina M Burns lowdenscott@gmail.com |
| Thomas Song | on behalf of Creditor Mortgage Research Center LLC et. al. pawb@fedphe.com |

TOTAL: 15