# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christina M. Burns**<br><br>                            **Debtor(s)**<br><br>**PennyMac Loan Services, LLC**<br><br>                            **Movant**<br>   **vs.**<br><br>**Christina M. Burns**<br><br>                            **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br><br>                            **Trustee** | **BK NO. 17-24976 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 11** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 30, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Christina M. Burns
4041 Logans Ferry Road
Monroeville, PA 15146

<u>Attorney for Debtor(s)</u>
Scott R. Lowden, Esq.
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>December 30, 2022</u>

                                    **<u>/s/Brian C. Nicholas Esquire</u>**
                                    Brian C. Nicholas Esquire
                                    Attorney I.D. 317240
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    201-549-5366
                                    bnicholas@kmllawgroup.com